IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>JOHNNY McNALLY,               )<br>                              )<br>    Defendant.                ) | CAUSE NO. 05-30210-WDS |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment by random draw.

**IT IS SO ORDERED.**

**DATED: February 15, 20006.**

                              s/ WILLIAM D. STIEHL
                                 DISTRICT JUDGE


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 05-30210-GPM.